AO 240 (1/94)

# United States District Court

EASTERN DISTRICT OF ARKANSAS

CHUBBY JOHNSON
Plaintiff

v.

WEST MEMPHIS, Arkansas, et al
Defendant

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 08 2000

JAMES W. McCORMACK, CLERK
By: _____
DEP. CLERK

**AMENDED APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 3:00cv00120

I, _Chubby Johnson_, declare that I am the (check appropriate

☐ petitioner/plaintiff/movant    ☐ other

in the above–entitled proceeding; that in support of my request to proceed without prepayment of fees or c under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am ent to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _Dallas County Jail, Dallas,_

   Are you employed at the institution? _No_    Do you receive any payment from the institution? _N_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the inst tion(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your take–home salary or wages and pay period and give name and address of your employer. _none_

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salar wages and pay period and the name and address of your last employer. _12-5-99 my t home pay was (0) Quick Move, Inc - 8408 Chancellor Row Dallas, TX 75247_

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self–employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received a what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _none_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and ind how much you contribute to their support. _none_

I declare under penalty of perjury that the above information is true and correct.

_____    _Chubby Johnson_
DATE                      SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __0.03__ on account to h credit at (name of institution) _DALLAS COUNTY SHERIFF'S DEPT._ . I further that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the appli average balance was $ __0.95__ . I further certify that dur: the past six months the applicant's average monthly deposit was $ _18._

_05-02-00_          _[signature]_
DATE                SIGNATURE OF AUTHORIZED OFFICER

# CALCULATION OF INITIAL PAYMENT OF FILING FEE

PLAINTIFF: _____

ADC-DCP NUMBER: _____

FEDERAL COURT CASE NUMBER (IF KNOWN): _____

Total Deposits for last six (6) months:  $_____

Average Monthly Deposit:  $_____
   (Total deposits divided by 6)

Total Balances for last six (6) months:  $_____
   (Add 1st day balance for each month)

Average Monthly Balance:  $_____
   (Total balances divided by 6)

Current account balance  $_____

INITIAL PAYMENT OF FILING FEE AS OF _____  $_____
   (THE GREATER OF THE AVERAGE MONTHLY
   DEPOSIT OR THE AVERAGE MONTHLY BALANCE X .20)

DATE: _____  AUTHORIZED OFFICIAL _____

(NO FILING FEE SHALL BE IN EXCESS OF $150.00 FOR A CIVIL LAWSUIT OR $105.00 FOR AN APPEAL)

# Dallas County Sheriff's Department
## Dallas, Texas
### Records Release Authorization

I, the below named inmate, hereby authorize the Dallas County Sheriff's Department to release records pertaining to my account, as requested by __U.S. DISTRICT COURT__
( identify the court, attorney, etc. )

I, inmate __JOHNSON CHUBBY__ DCSD # __00010181__, being
(Print Name) (Full Book in Number)
presently incarcerated at the Dallas County Sheriff's Department Detention Facility, in Dallas County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the _____ day of _____, 19 2000

Inmate X __Chubby Johnson__ Date __5-3 2000__
(Signature of Inmate)

Witness _____
(Approved Witnessing Officer Signature)

## Instructions

1. Inmate completes first part of release form.
2. Inmate dates and signs release form.
3. Form is sent to Vault Supervisor's Office.
4. Vault supervisor signs release and returns to the inmate a copy of the release and the appropriate inmate trust fund information.

# Dallas County Sheriff's Department
## Dallas, Texas

( Consent to Collection of Fees from Inmate Trust Fund )

Court/Case Number: _____

I, __JOHNSON  CHUBBY__, DCSD # __000101 81__, hereby
   ( Print Name )                              ( Full Book in Number )

consent for the appropriate Sheriff's Department official to withhold from my inmate account and pay to the court an initial payment of 20% of the greater of:

    a)    the average monthly deposits to my account for the six-month period] immediately preceding the filing of my claim; or

    b)    the average monthly balance in my account for the six-month period immediately preceding the filling of my claim.

I further consent for the appropriate Sheriff's Department official to collect from my account on a continuing basis each month, an amount equal to 20% of each month's income and to forward the interim payment to the Clerk's Office, U. S. District Court, __EASTERN DISTRICT OF ARKANSAS__ until such time as the filling fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the Court.

X __Chubby Johnson__        __4-3-2000__
( Signature of the Plaintiff )        ( Date )


_____
( Witnessing Officer Signature )

## Instructions

1. Inmate completes first part of consent form.
2. Inmate dates and signs consent form.
3. Form is sent to Vault Supervisor's Office
4. Vault Supervisor signs and returns to the inmate a copy of the consent form.
5. Vault Supervisor deducts appropriate fees from inmate account, as required.
6. Fees are sent to U.S. District Court.

```
RUN DATE 05/02/2000         Dallas County Sheriff's Department
RUN TIME 08:07:09                   INMATE TRANSACTIONS

                    Bookin 00010181
                      Name JOHNSON CHUBBY
                      Race B    Sex M      DOB 03/24/1958
                    Remarks
                      Status BI  Freeze N  Date 02/05/2000  Time 12:10:25
                    Current Balance       0.03

Date         Emp    Type                 Debit    Credit  Inmate BAL  Receipt
2/05/2000   5043   Initial                         2.08      2.08   A01138193
Initial Bookin                          00010181 JOHNSON CHUBBY

2/08/2000   4548   Comm Sal            2.06                  0.02   N/A
ESTTOWE    5 02/08/00 13:18 00055       JOHNSON CHUBBY

2/16/2000   2816   Deposit                        35.00     35.02   A01197119
SMO #85118293192                        mail

2/17/2000   8341   Comm Sal           26.38                  8.64   N/A
ESTTOWE   37 02/17/00 07:59 12345       JOHNSON CHUBBY

2/18/2000   9337   Comm Sal            8.40                  0.24   N/A
ESTTOWE   10 02/18/00 07:04 12345       JOHNSON CHUBBY

2/21/2000   6629   Comm Sal            0.22                  0.02   N/A
ESTTOWE    2 02/21/00 07:42 00055       JOHNSON CHUBBY

3/13/2000   0463   Deposit                        10.00     10.02   A01217655
SMO #01725689665                        MAIL

3/14/2000   3030   Comm Sal            9.94                  0.08   N/A
ESTTOWE   14 03/14/00 07:10 12345       JOHNSON CHUBBY

3/27/2000   4941   Deposit                        10.00     10.08   A01228639
SMO #85121860320                        MAIL

3/28/2000   3030   Comm Sal            8.85                  1.23   N/A
ESTTOWE   13 03/28/00 09:15 12345       JOHNSON CHUBBY

3/30/2000   8841   Comm Sal            1.20                  0.03   N/A
ESTTOWE    5 03/30/00 08:11 12345       JOHNSON CHUBBY
```

Inmate Signature _Chubby Johnson_